UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
SEP 13 2017
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Criminal No. 6:14-CR-022-GFVT |
| V. ) | |
| JAMES DUSTIN CHANEY, ) | **ORDER** |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court is in receipt of a letter from the Defendant, James Dustin Chaney, titled a "Pro Se Motion for Recommendation for the Second Chance Act." Accordingly and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that the Clerk of the Court will file the letter from James Chaney in the record and CONSTRUE the letter as a Pro Se Motion for Recommendation for the Second Chance Act.

This the 13th day of September, 2017.

Gregory F. Van Tatenhove
United States District Judge